# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1562
_____

HILLSBOROUGH COUNTY PUBLIC
SCHOOLS and BROADSPIRE
SERVICES, INC.,

    Appellants,

    v.

ARASELY COLORADO, as Personal
Representative of the Estate of
Olman Villaplana,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Walter J. Havers, Judge.

Date of Accident: May 14, 2015.

September 19, 2022

PER CURIAM.

    AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Steven E. Hovsepian and Kristen H. Emerson of Barbas, Nunez, Sanders, Butler & Hovsepian, P.A., Tampa, for Appellants.

J. Craig Delesie, Jr. of Delesie & Rickert, Riverview, for Appellee.